In the Matter of the Will of FREDERICK G. FELDHUS,
Deceased.
FRANCESCA E. D. H. SCHAEFER, Appellant; AMALIA D.
FELDHUS, Respondent.

Argued January 18, 1939; decided February 21, 1939.

*Leon Lang* and *F. Paul Engels, Jr.*, for appellant.

*E. V. B. Getty, George H. Zator* and *Otto M. Gabler* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.